UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
SCATES, RAYMOND G                           Case No. 08-58988 MBM
                                            Chapter 7
                                            HON. Marci B. McIvor

_____Debtor(s)._____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:
Surplus to Debtor

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Raymond Scates<br>5751 Meadowview St.<br>Ypsilanti, MI | SURPLUS | $1,299.89 |
| | **TOTAL** | **$1,299.89** |

Dated: August 2, 2010                       /s/Timothy J. Miller
                                            Timothy J. Miller, Trustee
                                            64541 Van Dyke, Suite 101B
                                            Washington Township, MI 48095
                                            (586) 281-3764